United States District Court
Southern District of Ohio

_____

**Related Case Memorandum
Civil Cases**

TO:          Chief Judge Algenon L. Marbley, Judge Michael H. Watson, Magistrate Judge Elizabeth Preston Deavers

FROM:        Jodi L. Keener_____ , Deputy Clerk

DATE:        4/30/2021_____

SUBJECT:     Case Caption:   Shavers et al v. The Ohio State University_____

CASE:        Case Number:  Doc. 2:21-cv-2120 1_____

DISTRICT JUDGE:            Judge Marbley and Magistrate Judge Deavers_____

             File Date:   4/28/2021_____

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** _____

Case Caption:   John Does 151-166 v. The Ohio State University_____

Case Number:  **Doc. 2:20-cv-3817 1**_____   District Judge:   **Watson**_____

File Date:   **7/29/2021**_____   Magistrate Judge:   **Deavers**_____


**Related Case(s):** _____

Case Caption: _____

Case Number: _____   District Judge: _____

File Date: _____   Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    **Jodi Keener**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    _Watson_

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____

United States District Judge

United States District Judge

_____

United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*