# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALONSO SHAVERS, et al., | |
| Plaintiffs, | Case No. 2:21-cv-02120 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## NOTICE

At the request of the Court, Plaintiffs met and conferred concerning recusal, and were unable to reach consensus. Our firm does not intend to file a motion for recusal.

The quickest way to revictimize a survivor of sexual abuse is to tell them the abuse they suffered has no value relative to other similarly situated survivors. At this date, the remaining 56 Plaintiffs represented by Wright & Schulte, LLC have been denied the opportunity to participate in mediation or consider participation in the Strauss Individual Settlement Program. All 56 of our clients want that opportunity. After repeated written and oral requests, OSU still has granted neither opportunity with no explanation. The 56 survivors are still hopeful that OSU will do the right thing, allow them to participate in mediation or consider the Strauss Individual settlement program.

Respectfully submitted,

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
WRIGHT & SCHULTE, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*/s/ Michael L. Wright*
Michael L. Wright (0067698)
WRIGHT & SCHULTE, LLC
130 W. 2nd Street, Suite 1600
Dayton, OH 45402
(937) 222-7477
(937) 222-7911 facsimile
mwright@yourohiolegalhelp.com

*/s/ Ben Crump*
Ben Crump (FL # 72583)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
(850) 224-2020
(850) 224-2021 facsimile
ben@bencrump.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of September 2021, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.

*/s/ Richard W. Schulte*